UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGA CARTER,

       Plaintiff,                                    Case No. 1:05-CV-529

v                                                         Hon. Hugh W. Brenneman, Jr.

CITY OF WYOMING, et al,

       Defendants.
_____/

**ORDER**

       Pending before the court is Defendants' Motion for Protective Order Pursuant to Rule 26(C) (docket no. 61).  As more fully discussed on the record at the hearing held April 5, 2007, the motion is GRANTED in part as follows:

       A.  Defendant shall supply the complaints and documents describing resolution of those complaints, as more fully identified at the hearing, to the plaintiff not later than **April 11, 2007.**  Identifiers as to complainants, officers and other key persons in the complaint may be redacted, provided that the redactions substitute a systematic method of identifying the redacted names for future reference.

       B.  A production of these documents shall be subject to a protective order entered into by the parties which shall provide, among other things, that the documents are returned to the defendant at the conclusion of this case.

       Plaintiff shall file her answer to the pending motion for summary judgment not later than **April 30, 2007**.  Defendant shall file any reply not later than **May 14, 2007**.  Oral

argument on the motion for summary judgment (docket no. 49) is rescheduled from May 2, 2007, at 9:30 a.m. to **Wednesday, May 30, 2007, at 9:00 a.m.**

The Final Pretrial Conference is scheduled for **Wednesday, August 15, 2007, at 9:00 a.m.**  Jury trial shall commence **Monday, September 17, 2007, at 9:00 a.m.**  The parties shall prepare for trial as outlined in the court's original Case Management Order.


Dated:  April 6, 2007 /s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
United States Magistrate Judge