UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGA CARTER,

    Plaintiff,

v.

CITY OF WYOMING and
JESSE LOPEZ,

    Defendants.
    _____/

Case No. 1:05-cv-529

Hon. Hugh W. Brenneman, Jr.

## ORDER

For the reasons as set forth in the court's opinion,

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment (docket no. 49) is **DENIED** as to plaintiff's excessive force claims against defendant Jesse Lopez as set forth in Count I.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment is **GRANTED** as to plaintiff's excessive force claims against defendant City of Wyoming as set forth in Count I.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment is **DENIED** as to plaintiff's state law claims against defendants as set forth in Counts II and III.

Dated: September 19, 2007        /s/ Hugh W. Brenneman, Jr.
                                                    HUGH W. BRENNEMAN, JR.
                                                    United States Magistrate Judge