UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGA CARTER,

      Plaintiff,

Case No. 1:05-cv-529

v.

Hon. Hugh W. Brenneman, Jr.

CITY OF WYOMING and
JESSE LOPEZ,

      Defendants.
_____/

**ORDER**

The court denied defendants' motion for summary judgment with respect to qualified immunity and other claims. Defendants appealed the court's order to the Sixth Circuit Court of Appeals, where this case is now pending. *See Carter v. City of Wyoming*, No. 07-2296. Accordingly, the trial in this matter is adjourned without date and all proceedings in the district court are stayed until further order of the court.

**IT IS SO ORDERED.**

Dated:  October 25, 2007             /s/ Hugh W. Brenneman, Jr.
                                                         HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge