UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGA CARTER,

    Plaintiff,

                                              Case No. 1:05-cv-529

v.                                              Hon. Hugh W. Brenneman, Jr.

CITY OF WYOMING and
JESSE LOPEZ,

    Defendants.
                                              /

### ORDER LIFTING STAY AND SCHEDULING TRIAL

The Sixth Circuit Court of Appeals has affirmed this court's order denying defendants' motion for summary judgment with respect to qualified immunity and other claims. *See Carter v. City of Wyoming*, No. 07-2296 (6th Cir. Oct. 1, 2008). The Sixth Circuit issued the mandate on October 23, 2008. *See* docket no. 86. Accordingly, the Stay entered on October 25, 2007 is lifted.

The Final Pretrial Conference is scheduled for **Wednesday, December 10, 2008, at 9:00 a.m.** The parties shall file a **joint proposed Final Pretrial Order three (3) business days before the Final Pretrial Conference.** Jury Selection and Trial is scheduled for **Monday, January 12, 2009, at 9:00 a.m.** Counsel shall meet with the court in chambers at 8:30 a.m. on the day of trial. **The parties shall prepare for trial as outlined in the court's original Case Management Order.**

    IT IS SO ORDERED.

Dated: October 30, 2008                                /s/ Hugh W. Brenneman, Jr.
                                                             HUGH W. BRENNEMAN, JR.
                                                             United States Magistrate Judge