UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGA CARTER,

        Plaintiff,

                                                                  Case No. 1:05-cv-529
v.                                                                  Hon. Hugh W. Brenneman, Jr.

CITY OF WYOMING and
JESSE LOPEZ,

        Defendants.
_____/

## ORDER

This matter is now before the court on defendant City of Wyoming's motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50 (docket no. 107). For the reasons as set forth on the record on this date, the motion is **GRANTED**. Accordingly, the City of Wyoming is dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: February 5, 2009                              /s/ Hugh W. Brenneman, Jr.
                                                                HUGH W. BRENNEMAN, JR.
                                                                United States Magistrate Judge