UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGA CARTER,

       Plaintiff,                      Case No. 1:05-CV-529

v                                          Hon. Hugh W. Brenneman, Jr.

CITY OF WYOMING and
JESSE LOPEZ,

       Defendants.
_____/

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict this date. Judgment is found in favor of defendant Jesse Lopez as to all claims.

**IT IS SO ORDERED.**


Dated:  February 10, 2009                       /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge